IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Johnson, Kumonina

Printed: 12/13/07

Case Number: 07 B 13173
Judge: Wedoff, Eugene R
Filed: 7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 15,000.00 | 0.00 |
| 3. | Chase Home Finance | Unsecured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 0.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 0.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 456.05 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,971.69 | 0.00 |
| 10. | Allied Interstate | Unsecured | | No Claim Filed |
| 11. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 12. | Prism/CBSD | Unsecured | | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 14. | Citizens Financial Services | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | Global Payments | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Honor Finance | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 21. | I C Systems Inc | Unsecured | | No Claim Filed |
| 22. | National City Bank | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Apple Credit Bank | Unsecured | | No Claim Filed |
| 25. | Washington Mutual Providian | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Kumonina

Printed: 12/13/07

Case Number: 07 B 13173
Judge: Wedoff, Eugene R
Filed: 7/24/07

| | | | | |
|---|---|---|---|---|
| 26. | Sky Recovery | Unsecured | | No Claim Filed |
| 27. | Wfnnb/Expres | Unsecured | | No Claim Filed |
| 28. | I C Systems Inc | Unsecured | | No Claim Filed |
| 29. | Wfnnb/Expres | Unsecured | | No Claim Filed |
| 30. | Harvard Collection Services In | Unsecured | | No Claim Filed |

_____                              _____
$ 17,427.74                              $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____